**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7131

JIMMIE NELSON,

Plaintiff - Appellant,

versus

TIM STRAWN, Officer; THE CITY OF MONCKS CORNER,

Defendants - Appellees.

No. 96-7632

JIMMIE NELSON,

Plaintiff - Appellant,

versus

TIM STRAWN, Officer; THE CITY OF MONCKS CORNER,

Defendants - Appellees.

Appeals from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, District Judge. (CA-93-66-2-18AJ)

Submitted: February 13, 1997      Decided: February 26, 1997

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jimmie Nelson, Appellant Pro Se.  Sandra J. Senn, STUCKEY & SENN, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint (No. 96-7131), and his Fed. R. App. P. 24 motion for leave to proceed in forma pauperis (No. 96-7632). We have reviewed the record and the district court's order dismissing Appellant's § 1983 complaint on the jury's verdict and find no reversible error. See United States v. Saunders, 886 F.2d 56, 60 (4th Cir. 1989). Accordingly, we deny leave to proceed in forma pauperis and dismiss appeal No. 96-7131. Further, in light of the disposition of appeal No. 96-7131, we deny leave to proceed in forma pauperis and dismiss as moot appeal No. 96-7632. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED